Form 1

Page: 1

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 22-31944  
**Case Name:** Burger, Circle  
**For Period Ending:** 06/30/2023

**Trustee Name:** (620710) M. Aaron Spencer  
**Date Filed (f) or Converted (c):** 12/20/2022 (f)  
**§ 341(a) Meeting Date:** 01/17/2023  
**Claims Bar Date:** 04/27/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Account at First Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 2020 Concession Trailer | 0.00 | 18,291.74 | | 0.00 | FA |
| 3 | 10248 Kingston Pike Knoxville, TN 37932 Restaurant Comercial Property | 1,400,000.00 | 128,133.16 | | 1,300,000.00 | FA |
| 4 | Full Service BBQ Restaurant Equipment and Office Equipment | 0.00 | 25,000.00 | | 31,411.15 | FA |
| 4 | **Assets Totals** (Excluding unknown values) | **$1,400,000.00** | **$171,424.90** | | **$1,331,411.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered on 2/09/2023 - Work with Hanmi Bank in regard to Agreed Order on Stay Relief as to the Concession Trailer [Doc. 31].

Send email to Attorney Erika Barnes on 3/21/2023 in regard to status of Auction of Concession Trailer.

7/29/2023 - Send follow-up email to Ms. Branes in regard to Status of Sell of Concession Trailer pursuant to Agreed Order.

**Initial Projected Date Of Final Report (TFR):** 10/16/2023   **Current Projected Date Of Final Report (TFR):** 10/16/2023